## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| Hope Womble | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:15cv734 UNA |
| | ) | |
| | ) | |
| Dennis J. Barton, III | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on May 8, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable John M. Bodenhausen United States Magistrate Judge, under cause number 2:15cv00033.

**IT IS FURTHER ORDERED** that cause number 4:15cv734 UNA be administratively closed

Gregory J. Linhares
CLERK OF COURT

Dated: May 20, 2015                    By:/s/ Lori Miller Young, Chief Deputy

**In all future documents filed with the Court, please use the following case number 2:15cv00033 JMB.**